# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLY BUNTIN,**<br><br>          Plaintiff,<br><br>     vs.<br><br>**ULTA, INC., A DELAWARE CORPORATION, ET AL.,**<br><br>          Defendants. | CASE NO. 18-cv-06969-YGR<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS AND STRIKE PLAINTIFF'S COMPLAINT**<br><br>Re: Dkt. No. 9 |

On November 23, 2018, defendants Ulta, Inc., Ulta Salon, Cosmetics, & Fragrance, Inc., and Ulta Beauty Cosmetics, LLC filed a motion to dismiss and strike plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f). (Dkt. No. 9.) On December 7, 2018, plaintiff filed an amended complaint. (Dkt. No. 13.) In light of the filing of plaintiff's amended complaint, defendants' motion is **DENIED AS MOOT**. Accordingly, the hearing set for January 8, 2019 is **VACATED**.

This Order terminates Docket Number 9.

**IT IS SO ORDERED.**

Dated: December 10, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**