# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLY BUNTIN,**<br><br>    Plaintiff**,**<br><br>    vs.<br><br>**ULTA, INC., A DELAWARE CORPORATION, ET AL.,**<br><br>    Defendants**.** | CASE NO. 18-cv-06969-YGR<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS WITHOUT LEAVE TO AMEND; DENYING MOTION TO STRIKE**<br><br>Re: Dkt. No. 16 |

On December 21, 2018, defendants Ulta, Inc. and Ulta Salon, Cosmetics, & Fragrance, Inc. filed a motion to: (1) dismiss Ulta, Inc. from the above-captioned case and all causes of action asserted against defendants in plaintiff's First Amended Complaint; and (2) strike the words "and/or remedy" from plaintiff's fifth cause of action, or failure to take all reasonable steps to prevent discrimination and/or harassment in violation of California's Fair Employment and Housing Act ("FEHA"), Cal. Gov't Code §§ 12940, *et seq.* (Dkt. No. 16.) The matter was heard on January 29, 2019. Having carefully considered the papers submitted and the pleadings in this action, and the hearing held on January 29, 2019, and as stated on the record at the hearing, the Court **ORDERS** as follows:

- Defendants' motion to dismiss Ulta, Inc. is **GRANTED IN PART AND DENIED IN PART**. Specifically, it is **GRANTED WITHOUT LEAVE TO AMEND** as to plaintiff's integrated enterprise, alter ego, and agency theories; it is **DENIED** as to plaintiff's joint employer theory.[1]
- Defendants' motion to dismiss plaintiff's FEHA claim for discrimination on the basis of sex is **DENIED**.

---

[1] Plaintiff's counsel indicated at the hearing that she did not seek leave to amend with respect to plaintiff's integrated enterprise, alter ego, and agency theories.

- Defendants' motion to dismiss plaintiff's FEHA claim for discrimination on the basis of perceived disability is **DENIED**.
- Defendants' motion to dismiss plaintiff's FEHA claim for retaliation is **DENIED**.
- Defendant's motion to dismiss plaintiff's claim for violation of the California Pregnancy Disability Leave Act, Cal. Gov't Code §§ 12945, *et seq.*, is **GRANTED WITHOUT LEAVE TO AMEND**.
- Defendants' motion to dismiss plaintiff's FEHA claim for failure to take all reasonable steps to prevent discrimination and/or harassment is **DENIED**.
- Defendants' motion to dismiss plaintiff's claim for wrongful constructive termination in violation of public policy is **DENIED**.
- Defendants' motion to strike the words "and/or remedy" from plaintiff's fifth cause of action is **DENIED**.

Defendants' answer to plaintiff's First Amended Complaint shall be due on **Thursday, February 14, 2019**.

This Order terminates Docket Number 16.

**IT IS SO ORDERED.**

Dated: January 30, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**